Núm. 9.—Asamblea Municipal de Maunabo, aplda. *v.* Steidel, Alcalde, aplte.—*Impeachment.* Abril 28, 1939.

(Por la Corte, a propuesta del Juez Asociado Sr. Travieso.)

Vista la moción radicada el día 12 de abril, 1939, por el querellado apelante, y notificada a la querellante, en la que solicita que se expida un requerimiento a la Asamblea Municipal de Maunabo para que eleve a este Tribunal la transcripción del récord taquigráfico tomado por el taquígrafo Sr. Olmeda durante las sesiones de 10 y 13 de enero y 2 y 3 de febrero, 1939, para que este Tribunal tenga ante sí todo lo actuado en este caso;

Vista la contestación radicada por la Asamblea querellante en la que aduce como excusa o razón para no cumplir con el deber que le impone el artículo 29 de la Ley Municipal vigente (Leyes de 1931, pág. 610) de enviar a esta Corte Suprema el récord conteniendo todo lo actuado, que el taquígrafo se ha negado a entregar dicho récord taquigráfico por no haberle sido satisfechos sus honorarios y además que la Asamblea querellante carece de fondos con que pagar tales honorarios;

Por cuanto, del estudio preliminar que hemos hecho de los autos del caso, aparece que la parte del récord taquigráfico que ha sido elevada a esta Corte contiene toda la prueba practicada ante la Asamblea querellante, la suficiencia de la cual ha sido impugnada por el querellado apelante;

Por lo tanto, y siendo insuficientes a juicio de este Tribunal las razones aducidas por la Asamblea Municipal querellante para justificar su negativa a enviar el récord completo, tal y como lo requiere la ley, se resuelve que esta Corte procederá a oír y a decidir el caso por el récord que tiene ante sí, en cuanto a la suficiencia de la prueba; y que oirá y resolverá las cuestiones legales que fueren debidamente planteadas y substanciadas por el querellado apelante.

Núm. 7944.—Castejón, aplte. *v.* Sancho Bonet, Tes., etc, apldos.—C.D. San Juan. Nulidad de Subasta. Mayo 2, 1939.

(Por la Corte, a propuesta del Juez Asociado Sr. Hutchison.)

Vista la moción que antecede con la asistencia de ambas partes, se ordena y decreta la sustitución solicitada, se deja sin efecto la resolución de esta Corte de marzo 7, 1939, sobre desestimación de la presente apelación y se concede a la parte apelante un nuevo término de treinta días contados desde hoy para radicar en la corte de distrito su transcripción de la evidencia.

El Juez Asociado Sr. De Jesús no intervino.